

# United States Court of Appeals
## for the Third Circuit

### June 8, 2007

**RUGGERO J. ALDISERT**
SENIOR CIRCUIT JUDGE

120 CREMONA DRIVE
SUITE D
SANTA BARBARA, CA 93117-5511
Phone: 805-685-7466

Dear Members of the Committee:

### In Re Calendar Year 2006 Filing

In response to the letter of the Chair inquiring about the absence of United Parcel Systems, Inc., please amend my report dated April 28, 2007, transmitting the annual Financial Disclosure Report for calendar year 2006, as follows:

1.  Under the investment club category, one of the securities should have been listed as follows:

**D**

|                                | 1.    | 2.   | 3. |
| ------------------------------ | ----- | ---- | -- |
| - - - United Parcel Systems, Inc. | Sell  | 12-1 | J  |

I trust that this will be satisfactory to the Committee. I enclose three copies of this letter, as requested.

Sincerely,



RECEIVED

Enclosures: (3)

The Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aldisert, Ruggero J | Third Circuit | 04/28/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 120 Cremona Drive Suite "D"<br>Santa Barbara<br>CA 93117-5511 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Trustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY -7 A 10: 16
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/8 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 6796.52 |
| 2. 8/8 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 5900.90 |
| 3. 1/3/9 | West Group (Publications Royalties) | $ 1595.20 |
| 4. March-Dec. | AuthorHouse and retail outlets (Publications Royalties) | $ 573.07 |
| 5. 6/7 | Yoa Enterprises (Pubnlication (Royalties) | $ 594.50 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blair Cty Hosp. Bond | A | Interest | J | T | | | | | |
| 2. Santa Barbara Bank & Trust Co | A | Interest | L | T | | | | | |
| 3. Morgan Stanley Dean Witter IRA | A | Dividend | | | Sell | 10/04 | K | | |
| 4. --Div. Growitb Mutual Fund | | | | | Sell | 10/4 | J | | |
| 5. —Utilities Mutual Fund | | | | | Sell | 10/04 | J | | |
| 6. --Global Dividend Fund | | | | | Sell | 10.04 | J | | |
| 7. Cantella & Co. IRA (New IRA broker) | B | Dividend | K | T | Buy | 10/04 | K | | |
| 8. --Columbia Marsico 21st Fund | | | | | Buy | 10/04 | J | | |
| 9. --Davis New York Venture | | | | | Buy | 10/24 | J | | |
| 10. --Pimco FDS Pac Invt Mgmt Serv | | | | | Buy | 10/04 | J | | |
| 11. --Van Kampen Equity & Income | | | | | Buy | 10/04 | J | | |
| 12. --Alliance Berstein Balanced | | | | | Buy | 10/24 | J | | |
| 13. --Growth Fund Amer Inc. | | | | | Buy | 10/04 | J | | |
| 14. MUTUAL FUNDS | | | | | | | | | |
| 15. Gabelli Asset | A | Dividend | K | T | | | | | |
| 16. Davis New York Venture | A | Dividend | K | T | | | | | |
| 17. Columbia Acorn Fund Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Growth Fund of America | A | Dividend | L | T | Buy | 10/31 | J | | |
| 19.  American Funds Tax Exempt "F" | B | Interest | L | T | | | | | |
| 20.  T. Rowe Price High Yield | A | Interest | L | T | Sell | 8/16 | K | | |
| 21.  Templeton Foreign | A | Dividend | L | T | Sell | 8/16 | L | | |
| 22.  AMCAP Fund | A | Dividend | L | T | | | | | |
| 23.  Royce Total Return | A | Dividend | K | T | | | | | |
| 24.  First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 25.  Van Kampen High Yield Muni | A | Interest | K | T | | | | | |
| 26.  Van Kampen Comstock Cl A | A | Dividend | K | T | | | | | |
| 27.  Franklin Invs Sec. Tr. Flltg | A | Dividend | J | T | | | | | |
| 28.  Pimco FDS Pac Int. Mgmt | A | Dividend | J | T | | | | | |
| 29.  Alliance Bernstein CA T.F. | A | Interest | K | T | Sell | 1/26 | K | | |
| 30.  Franklin Mutural Recovery FD | A | Dividend | J | T | Buy | 8/16 | J | | |
| 31.  Alliance Bernstein Intl | A | Dividend | J | T | Buy | 8/16 | J | | |
| 32.  Alliance Bernstein Muni Income | A | Interest | K | T | Buy | 10/23 | K | | |
| 33.  Diamond Hill Long-Short Fund | A | Interest | J | T | Buy | 12/18 | J | | |
| 34.  Bear Stearns Tempfund | A | Interest | J | T | Buy | 10/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. COMMON STOCKS | | | | | | | | | |
| 38. Intel | A | Dividend | K | T | Sell | 8/10 | J | | |
| 39. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 40. Mellon Finl Corp | A | Dividend | K | T | | | | | |
| 41. Pfizer | A | Dividend | K | T | | | | | |
| 42. General Electric | A | Dividend | K | T | | | | | |
| 43. Citigroup | A | Dividend | J | T | | | | | |
| 44. IShares FTSE/Xinhua China 25 Fund | A | Dividend | J | T | Buy | 8/10 | J | | |
| 45. Starbucks Corp | A | Dividend | J | T | Buy | 8/10 | J | | |
| 46. Schlumberger LTD Antilles | A | Dividend | J | T | Buy | 10/24 | J | | |
| 47. | | | | | | | | | |
| 48. INVESTMENT CLUB | | | | | | | | | |
| 49. Mission Impossible Partners | A | Dividend | M | T | | | | | |
| 50. --Johnson & Johnson | | | | | | | | | |
| 51. --Citigroup | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Berkshire Hathaway | | | | | | | | | |
| 53. --J.M. Smucker | | | | | | | | | |
| 54. -General Electric | | | | | Sell | 01/02 | J | A | |
| 55. -Proctor & Gamble | | | | | | | | | |
| 56. --Costco Wshl Corp | | | | | | | | | |
| 57. --3M Co | | | | | | | | | |
| 58. --Pfizer, Inc. | | | | | | | | | |
| 59. --First Data Corp. | | | | | | | | | |
| 60. --Exxon Mobil Corp | | | | | | | | | |
| 61. --Valero Energy Corp. | | | | | | | | | |
| 62. --Lowes Companies Inc | | | | | | | | | |
| 63. --Schlumberger Ltd. | | | | | | | | | |
| 64. --Apple Computer Co | | | | | | | | | |
| 65. --Goldman Sachs Groups Inc. | | | | | buy | 4/28 | J | | |
| 66. --Intel | | | | | buy | 4/28 | J | | |
| 67. --NEC Corp | | | | | buy | 8/02 | J | | |
| 68. --Nucor Corp | | | | | buy | 8/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Western Union | | | | | Spinoff | 12/1 | J | | |
| 70. --IShares FTSE/XINHUA China 25 | | | | | buy | 8/02 | J | | |
| 71. --Simpson Mgf Co | A | Dividend | J | | buy | 8/02 | J | | |
| 72. MONEY MARKET FUNDS | | | | | | | | | |
| 73. UBS Financial Services | A | Interest | J | T | | | | | |
| 74. Bear Steans Securities Corp | A | Interest | J | T | | | | | |
| 75. LIFE INSURANCE POLICIES | | | | | | | | | |
| 76. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 77. Transamerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 78. Penn Mutual Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Aldisert, Ruggero J | | 04/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII  Lines 3 and 7.Changed Brokers for IRA accounts 8/10. Securities under Margan Stanley Dean Witter sold 8/10 and account closed.. Open new IRA account 8/10 with Cantellas & Co. on 8/10 and puirchsed new securities.
Line  69 On December 1 Western Union was a spin off company from First Data Line 59.

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 04/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████ Date 04/28/07

NOTE: ANY IN████DUAL WHO KNOWING████D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544